JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL CAMPOS, | Case No.  2:17-cv-06089-VBF-JC |
| Petitioner, | FINAL JUDGMENT |
| v . | |
| WARREN I. MONTGOMERY, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against petitioner Saul Campos.

IT IS SO ADJUDGED.

Dated: August 28, 2020

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

1